UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAM WONG,<br><br>        Plaintiff,<br><br>    v.<br><br>UNUBUN, et al.,<br><br>        Defendants. | Case No. 19-cv-05469-JST<br><br>**ORDER OF DISMISSAL** |

On August 30, 2019, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983 alleging that Santa Rita Jail deputies Unbun and Florence acted with deliberate indifference to his health and safety when they knowingly subjected him to inhumane and unsanitary conditions of confinement, thereby violating his rights under the Eighth Amendment. ECF No. 1. On October 25, 2019, the Court reviewed the complaint and found while the conditions described by plaintiff were both unsanitary and unpleasant, they did not rise to the level of the severe and prolonged lack of sanitation that has been found to violate the Eighth Amendment. ECF No. 8. Because this deficiency could possibly be cured by the allegation of other facts, the Court dismissed the complaint with leave to amend. *Id*. Plaintiff was instructed to file an amended complaint by November 22, 2019, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id*. The deadline to file an amended complaint has passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.[1]

---

[1] It appears that plaintiff's address has changed, but that he has not informed the Court of his new address as required by N.D. Cal. L.R. 3-11. Pursuant to Local Rule 3-11, the Court may, without prejudice, dismiss a complaint when mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable; and the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. Mail sent to plaintiff was returned as undeliverable on September 20, 2019. ECF No. 4. Plaintiff has not

Accordingly, for the foregoing reasons, and the reasons stated in the Court's October 25, 2019 order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 25, 2019



JON S. TIGAR
United States District Judge

---

communicated with the Court since filing his complaint on August 30, 2019.